**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

---

Date:                      June 19, 2013              Probation:        Matthew Farwell
Courtroom Deputy:   Robert R. Keech            Interpreter:      Cathy Bahr
E.C.R./Reporter:        Mary George

---

Criminal Case No:   **12-cr-00238-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                       Richard A. Hosley, III

                        Plaintiff,

v.

**1.  BLAS HUMBERTO**                              Normando R. Pacheco
**GUTIERREZ-LUJAN, a/k/a Able Gutierrez,**
**a/k/a Raudel Rodriguez**,

                        Defendant.

---

**SENTENCING**

---

**3:11 p.m.**      Court in Session - Defendant present (in-custody)

| |
|---|
| **Change of Plea Hearing - Tuesday, November 6, 2012, at 2:00 p.m.** |
| **Plea of Guilty - Count One of Indictment** |

                 APPEARANCES OF COUNSEL.

                 Interpreter sworn (Spanish).

                 Court's opening remarks.

3:15 p.m.      Statement and argument on behalf of Government (Mr. Hosley).

3:23 p.m.      Statement on behalf of Probation (Mr. Farwell).

-1-

3:25 p.m.      Statement on behalf of Government (Mr. Hosley).

3:29 p.m.      Statement on behalf of Probation (Mr. Farwell).

3:30 p.m.      Statement and argument on behalf of Defendant (Mr. Pacheco).

3:33 p.m.      Statement and argument on behalf of Government (Mr. Hosley).

3:34 p.m.      Statement on behalf of Defendant (Mr. Pacheco).

3:35 p.m.      Statement by Defendant on his own behalf (Mr. Gutierrez-Lujan).

               Court makes findings.

**ORDERED:**   Government's Motion [ECF Doc. No. 48], filed April 23, 2013, is **GRANTED.**

**ORDERED:**   Defendant's Motion for Non-Guideline Statutory Sentence [ECF Doc. No. 31], filed January 14, 2013, is **DENIED AS MOOT.**

**ORDERED:**   Defendant be **imprisoned** for **57** months.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the least restrictive facility within the state of Colorado.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**   **Conditions** of **Supervised Release** are:

       (X)      Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

       (X)      Defendant shall not commit another federal, state or local crime.

       (X)      Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

       (X)      Defendant shall comply with standard conditions adopted by the Court.

       (X)      Defendant shall not unlawfully possess a controlled substance.

       (X)      The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)     The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**     **Special Condition(s)** of **Supervised Release** are:

(X)     If the defendant is deported, he shall not thereafter re-enter the United States illegally.  If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**     Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**     **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**     Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**     Defendant is **REMANDED** to the custody of the U.S. Marshal.

**3:47 p.m.**     Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :36**